Mae Keniry, Appellant, v. Harry E. Costello, Individually and Executor of Last Will, Testament and Codicil of John M. Costello, Deceased, et al., Appellees.

Gen. No. 42,997.

opinion filed November 6, 1944; rehearing denied November 21, 1944; released for publication November 24, 1944. John D. Vosnos, for appellant; Joseph P. Hector, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.